UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-9657-GW-PVCx | Date | August 12, 2024 |
|---|---|---|---|
| Title | *Cathy Pover v. The Capital Group Companies, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | April Lassiter-Benson | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles H. Field, Jr.<br>Richard D. Carter | Michael S. Hines |

**PROCEEDINGS:** **DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS THE AMENDED COMPLAINT [27]**

The Court's Tentative Ruling on Defendants' Motion [27] was issued on August 9, 2024 [45]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Defendants' Motion is DENIED.

The Court sets a scheduling conference for September 16, 2024 at 8:30 a.m. The parties are to file a joint scheduling report by noon on September 11, 2024.

| | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |