Name: Jason D. Russell
Address: 300 South Grand Avenue, Suite 3400
City, State, Zip: Los Angeles, CA 90071-3144
Phone: (213) 687-5000
Fax: (213) 687-5600
E-Mail: jason.russell@skadden.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cathy Pover, et al.

PLAINTIFF(S),

v.

The Capital Group Companies, Inc., et al.

DEFENDANT(S).

CASE NUMBER:

2:23-CV-09657-GW-PVC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that  Defendants, the Capital Group Companies, Inc., et al  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Denying motion to compel arbitration and dismiss the amended complaint

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on  August 12, 2024 . Entered on the docket in this action on  ECF 46 and ECF 45 .

A copy of said judgment or order is attached hereto.

August 23, 2024                                   /s/ Jason D. Russell
Date                                              Signature
                                                  ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).